**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 06-6151**

ROBERT DOUGLAS TURNER,

Plaintiff - Appellant,

versus

CHERELLE REDDICK-LANE,

Defendant - Appellee.

Appeal from the United States District Court for the District of Maryland, at Baltimore.   Richard D. Bennett, District Judge. (1:05-cv-02668-RDB)

Submitted: May 16, 2006                        Decided: May 23, 2006

Before WILLIAMS, MOTZ, and TRAXLER, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Robert Douglas Turner, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Robert Douglas Turner appeals from the district court's order dismissing his 42 U.S.C. § 1983 (2000) action for failure to comply with its order to complete and return a United States Marshal form so that his complaint could be served. Because Turner may cure the defect in his complaint by filing the form in accordance with the district court's order, the dismissal is interlocutory and not appealable. See Domino Sugar Corp. v. Sugar Workers Local Union 392, 10 F.3d 1064, 1066-67 (4th Cir. 1993). Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED